(June 1, 1922.)

R. I. BEALE, G. CLEVELAND MARTIN, H. J. DE GROOT, THOMAS J. FORDE, CLAUDE E. GADSBY, R. JAY GREER, LE ROY McRAE, B. T. MOHNEY, PAINLESS PARKER, J. R. VAN AUKEN, G. F. WOLFE, and M. E. ROBY, Respondents, v. ROBERT O. JONES, as Commissioner of the Department of Law Enforcement, et al., Appellants.

Separate Suits by the Above-named Plaintiffs.

[207 Pac. 728.]

APPEALS from the District Court of the Third Judicial District, for Ada County. Hon. Charles P. McCarthy and Hon. Charles F. Reddoch, Judges.

Actions to enjoin the revocation of licenses to practice dentistry and dental surgery. Judgments for Plaintiffs. *Affirmed.*

R. L. Black, Attorney General, and Dean Driscoll, Assistant Attorney General, for Apellants.

C. C. Cavanah, for Respondents Greer and Parker.

James R. Bothwell and W. Orr Chapman, for Respondent Roby.

J. T. Pence, for other Respondents.

See briefs in *Abrams v. Jones, ante,* p. 532.

BUDGE, J.—The questions involved in these cases are substantially the same as those determined in the case of *Abrams v. Jones, ante,* p. 532, 207 Pac. 724, and upon the authority of that case the judgments in these cases are affirmed.

Rice, C. J., and Dunn, J., concur.

Lee, J., concurs in the conclusion reached.

McCarthy, J., being disqualified, did not sit at the hearing nor take part in the opinion.